FILED

03 JAN -6 AM 10: 16

CLERK, DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER 6:02-CV-1321-ORL-31KRS

JEFF DAVIES,

    Plaintiff,

vs.

INTERNET CORPORATION FOR
ASSIGNED NAMES AND NUMBERS
and AFILIAS LIMITED,

    Defendants.

---

### UNOPPOSED MOTION FOR JEFFREY A. LeVEE TO APPEAR *PRO HAC VICE*

Defendant, Internet Corporation for Assigned Names and Numbers ("ICANN"), respectfully requests, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, that this Court permit Jeffrey A. LeVee, Esquire, Jones, Day, Reavis & Pogue, 555 West Fifth Street, Suite 4600, Los Angeles, CA 90013-0125, to appear and practice in this Court in the above-entitled action as co-counsel for Internet Corporation for Assigned Names and Numbers. ICANN submits the following Memorandum of Law in support of this Motion.

    1.    Jeffrey A. LeVee is a member in good standing of the bars of the following courts:

        (a)    The Supreme Court of California (admitted December 1986).

        (b)    The Supreme Court of Illinois (admitted November 1984).



(c)     All Federal District Courts in California and Illinois, and the Ninth Circuit Court of Appeals.

2.      Jeffrey A. LeVee is a member of the Bar in good standing in every jurisdiction where he has been admitted, and there are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction.

3.      The appearance and active participation of Jeffrey A. LeVee is necessary for the thorough and effective presentation of Internet Corporation for Assigned Names and Numbers' defense in this matter.

4.      Pursuant to Local Rule 2.02, Jeffrey A. LeVee designates Kathy M. Klock, Esquire and Gerry S. Gibson, Esquire, members of the Trial Bar of this Court, who maintain an office in the State of Florida for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

5.      Jeffrey A. LeVee's Certificate in support of this Motion is attached hereto as Exhibit "A".

6.      The undersigned has conferred with Plaintiff and represents to the Court that Plaintiff has no objection to the granting of this Motion.

## MEMORANDUM OF LAW

Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida provides for the Special Admission of non-resident attorneys to practice before this Court. The Motion for Special Admission to practice by Jeffrey A. LeVee complies with the requirements of Local Rule 2.02.

WHEREFORE, Defendant, Internet Corporation for Assigned Names and Numbers, respectfully request that the Court grant this Motion to Appear *Pro Hac Vice* on behalf of Jeffrey A. LeVee.

Respectfully submitted,

By: _____
Gerry S. Gibson
Florida Bar Number 261998
Kathy M. Klock
Florida Bar Number 348171
STEEL Hector & DAVIS LLP
Attorneys for Defendant Internet
Corporation for Assigned Names and
  Numbers
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL  33401-6198
Telephone:  (561)650-7200
Facsimile:  (561)655-1509

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail upon JEFF DAVIES, 5452 Coral Way, Orlando, FL 32839 and Jose I. Rojas, Esquire, Concepcion Rojas & Santos LLP, 220 Alhambra Circle, Suite 350, Coral Gables, Florida 33134, on this 3rd day of January , 2003.

_____
Kathy M. Klock

A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER 6:02-CV-1321-ORL-31KRS

JEFF DAVIES,

    Plaintiff,

vs.

INTERNET CORPORATION FOR
ASSIGNED NAMES AND NUMBERS
and AFILIAS LIMITED,

    Defendants.

---

## CERTIFICATE OF JEFFREY A. LeVEE

I, Jeffrey A. LeVee, of Jones, Day, Reavis & Pogue, 555 West Fifth Street, Suite 4600, Los Angeles, California 90013-0125, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, hereby certify that:

1. I am a member in good standing of the Bars of the following courts:

    (a) The Supreme Court of California (admitted December 1986).

    (b) The Supreme Court of Illinois (admitted November 1984).

    (c) All Federal District Courts in California and Illinois, and the Ninth Circuit Court of Appeals.

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with and agree to be governed by the Local Rules of the United States District Court for the Middle District of Florida, including Local Rule 2.04 in particular, and am familiar with and agree to be governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

4. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
Jeffrey A. LeVee

Dated: January 2, 2003